IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TROY BAKER, et al. : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:03-cv-00881 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| ERIC TAYLOR, et al. : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Court hereby GRANTS Defendants' Motion for Summary Judgment (doc. 20).  All federal claims against Defendants are DISMISSED and all state claims DISMISSED WITHOUT PREJUDICE.

10/5/05                                                                        James Bonini, Clerk


                                                                               s/Kevin Moser
                                                                               Kevin Moser
                                                                               Deputy Clerk